# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | x | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a)(1), the Washington Mutual, Inc. Noteholders Group, by and through its undersigned counsel, hereby appeals from the December 2, 2009, Opinion [Docket No. 1952] and Order [Docket No. 1953] of the United States Bankruptcy Court for the District of Delaware granting the Motion of JPMorgan Chase Bank, National Association, to Compel the Washington Mutual, Inc. Noteholders Group to Comply with Federal Rule of Bankruptcy Procedure 2019 [Docket No. 1444].

The names of all parties to the order appealed from, and the names addresses and telephone numbers of their respective attorneys are as follows:

*Washington Mutual, Inc. Noteholders Group*

Jeffrey M. Schlerf
Eric M. Sutty
Seth A. Niederman
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Thomas E Lauria
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

Gerard Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

David S. Rosner
Adam L. Shiff
Paul M. O'Connor III
Seth A. Moskowitz
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*JPMorgan Chase Bank, National Association*

Adam G. Landis
Matthew B. McGuire
Mona A. Parikh
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Washington Mutual, Inc. and WMI Investment Corp.*

Chun I. Jang
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware  19899
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

Rafael X. Zahraddin-Aravena
Neil R. Lapinski
Shelley A. Kinsella
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399

Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

3

Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Dated: December 14, 2009
       Wilmington, Delaware

                                    FOX ROTHSCHILD LLP

                                    /s/ Seth A. Niederman
                                    Jeffrey M. Schlerf (No. 3047)
                                    Eric M. Sutty (No. 4007)
                                    Seth A. Niederman (No. 4588)
                                    Citizens Bank Center
                                    919 North Market Street, Suite 1600
                                    Wilmington Delaware 19801
                                    (302) 654-7444

                                    –and–

                                    WHITE & CASE LLP
                                    Thomas E Lauria
                                    Wachovia Financial Center
                                    200 South Biscayne Boulevard, 49th Floor
                                    Miami, Florida 33131
                                    (305) 371-2700

                                    Gerard Uzzi
                                    1155 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 819-8200

                                    –and–

KASOWITZ BENSON TORRES &
FRIEDMAN LLP
David S. Rosner
Adam L. Shiff
Paul M. O'Connor III
Seth A. Moskowitz
1633 Broadway
New York, New York  10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for the Washington Mutual, Inc. Noteholders Group*

## CERTIFICATE OF SERVICE

I, Seth A. Niederman, hereby certify that on the 14th day of December 2009, I caused a copy of **Notice of Appeal** to be served upon the parties listed below in the manner indicated.

***VIA* HAND DELIVERY**
Adam G. Landis
Matthew B. McGuire
Mona A. Parikh
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Chun I. Jang
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19899

Rafael X. Zahraddin-Aravena
Neil R. Lapinski
Shelley A. Kinsella
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801

David B Stratton
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Joseph McMahon Jr.
UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

***VIA* FIRST CLASS MAIL**
Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067

WM1A 943254v1 12/14/09

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004

Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153

Peter E. Calamari
Michael R. Carlinsky
Susheel Kirpalani
David Elsberg
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, New York  10010

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524

Scott L. Alberino, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Peter J. Gurfein, Esq.
David P. Simonds, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012

/s/ Seth A. Niederman
Seth A. Niederman (No. 4588)

WM1A 943254v1 12/14/09